COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| MARIA CASTRO, | § | No. 08-12-00142-CV |
| Appellant, | § | Appeal from the |
| v. | § | 324th District Court |
| MARTIN AYALA AND THE OFFICE OF THE ATTORNEY GENERAL, | § | of Tarrant County, Texas |
| Appellees. | § | (TC#324-489209-10) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and her sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs in this Court, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF MAY, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.